# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132279
(49)

MARY CIPRIANO,
      Plaintiff-Appellee,

v

                                         SC: 132279
                                         COA: 259818
                                         Macomb CC: 1991-004641-DO

SALVATORE CIPRIANO,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of December 29, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007                                       _____

l0319                                                   Clerk